195 So.2d 144

**STATE of Louisiana, through DEPART-
MENT OF HIGHWAYS,**

**v.**

**NEW ORLEANS & NORTHEASTERN
RAILROAD COMPANY.**

**No. 48558.**

Feb. 23, 1967.

In re: New Orleans & Northeastern Railroad Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 194 So.2d 429.

Writ refused. No error of law under the facts found by the Court of Appeal.

195 So.2d 144

**Roland V. McKNEELY, Sr.**

**v.**

**Bronson Adams TURNER.**

**No. 48562.**

Feb. 23, 1967.

In re: Bronson Adams Turner applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 193 So.2d 373.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.